UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

OCT 17 1996

Michael N. Milby, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| RICHARD GALLS, § | |
| § | |
| v. § | CIVIL ACTION NO. H-95-4117 |
| § | |
| GALLERY MODEL HOMES, INC., § | |
| d/b/a GALLERY FURNITURE, § | |

## ORDER

Following a hearing on all pending motions and for reasons stated on the record, it is hereby

ORDERED that Plaintiff may review up to ten (10) personnel files of their choice. Plaintiff may record data from the file, but may not make copies of them. It is further

ORDERED that Plaintiff may depose Linda McIngvale. It is further

ORDERED that Plaintiff give defense counsel a release to obtain copies of asset schedules and petitions from Plaintiff's bankruptcy counsel. It is further

ORDERED that all investigatory notes in the possession or control of Defendant relating to Ms. O'Neil's sexual harassment case be turned over to the Court for in camera inspection. It is further

ORDERED that Defendant may file a reply to Plaintiff's response to the motion for summary judgment up to ten (10) pages in length.

Signed this 11th day of October, 1996 at Houston, Texas.

Norman W. Black
Chief Judge

#54