UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

MAR 27 1997

Michael N. Milby, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

97 MAR 22 PM 7: 16

U.S. COURTS
SOUTHERN DISTRICT
OF TEXAS

| | | |
|---|---|---|
| **RICHARD GALLS,** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| **vs.** | § | **CIVIL ACTION NO. H-95-4117** |
| | § | |
| **GALLERY MODEL HOMES, INC. d/b/a** | § | **HON. NORMAN BLACK** |
| **GALLERY FURNITURE,** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER

On March 26, 1997, came on to be heard Plaintiff's Motion for Stay of Proceedings to Enforce a Judgment. Having considered the parties' briefs and arguments of counsel, if any, the Court finds that Plaintiff's motion should be DENIED.

It is therefore ORDERED that Plaintiff's Motion for Stay of Proceedings to Enforce a Judgment is DENIED.

SIGNED this 26th day of March, 1997

_____
HON. NORMAN BLACK
UNITED STATES DISTRICT JUDGE

*G:\GALLERY\GALLS\STAY.001*

#115